UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE KYLE PLUSH QUALIFIED SETTLEMENT FUND | : : : : : : : : : | Case No. 1:21-mc-00004<br><br>Magistrate Judge Stephanie K. Bowman<br><br>ORDER TO PAY DISTRIBUTION FROM QUALIFIED SETTLEMENT FUND |

The Court has reviewed the request made by The Qualified Settlement Fund Administrator, Karen D. Meyers, to pay $7,500.00 (Seven Thousand Five Hundred and 00/100 Dollars) to

**The Public Safety Group**
PO Box 1468
Wake Forest, NC 27588 US

The Public Safety Group has submitted an Invoice 6979 dated December 15, 2022 in the Amount of $7,500.00 (Seven Thousand Five Hundred and 00/100 Dollars). Noting this invoice was approved by The City of Cincinnati as required (doc. 45-1) and finding the invoice and approval thereof to be appropriate, the Court hereby approves payment of said invoice by The Qualified Settlement Fund Administrator.

**SO ORDERED**.

*Stephanie K. Bowman*
_____
Stephanie K. Bowman
United States Magistrate Judge